# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| IN RE:  S.R.S., A MINOR | : | No. 342 EAL 2017 |
| | : | |
| | : | |
| PETITION OF:  C.A.S., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE:  S.N.G., A MINOR | : | No. 343 EAL 2017 |
| | : | |
| | : | |
| PETITION OF:  C.A.S., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.